Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ABIGAIL BOURHIS

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/3/18

# UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ABIGAIL BOURHIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPL RECOVERY SOLUTIONS, LLC,<br><br>　　　　Defendant. | **Case No.:** 4:18-cv-4474-YGR |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ABIGAIL BOURHIS, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, JPL RECOVERY SOLUTIONS, LLC.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: September 28, 2018　　　　By: /s/ Michael S. Agruss
　　　　　　　　　　　　　　　　　　Michael S. Agruss
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

On September 28, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Richard C. Slisz, at rcs@sliszlaw.com.

By: /s/ Michael S. Agruss
Michael S. Agruss